IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **HEZEKIAH THOMAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv217-MHT |
| | ) | (WO) |
| **STATE OF ALABAMA PERSONNEL** | ) | |
| **DEPARTMENT and ALABAMA** | ) | |
| **DEPARTMENT OF CORRECTIONS,** | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asserting that he was discriminated against on the basis of sex and disability in violation of Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of July, 2017.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**